NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

EDWARD L. BRIGHT, II, CLARENCE FORKNER,
HOMER E. HAMILTON, DEBBIE M. HAMILTON,
RICKY D. RUSSELL,
BRADY J. STUART, and ROSE M. STUART,
*Plaintiffs-Appellants,*

and

EARLEEN FAVERGUE,
*Plaintiff,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2010-1385

---

Appeal from the United States District Court for the Western District of Missouri in case no. 09-CV-5014, Judge Richard E. Dorr.

---

ON MOTION

---

ORDER

Edward L. Bright et al. (Bright) moves without opposition to stay proceedings pending a final decision in *Bright v. United States*, No. 2009-5048. Bright also files a renewed motion to stay.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay proceedings is granted. Bright is directed to inform the court within 30 days of date of issuance of the mandate in *Bright v. United States*, No. 2009-5048, how it believes this appeal should proceed. The United States may also respond within that time.

(2) The renewed motion to stay is denied as moot.

FOR THE COURT

SEP 0 9 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Mark F. Hearne, II, Esq.
    Kathryn E. Kovacs, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 9 2010

JAN HORBALY
CLERK